UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PEDRO PARRA-SANCHEZ, ET AL.            CIVIL ACTION

VERSUS            NO. 07-5501

ORLEANS PARISH CRIMINAL            SECTION "N" (5)
SHERIFF MARLIN N. GUSMAN, ET AL.

## **ORDER AND REASONS**

Before the Court is the Motion for Judgment on the Pleadings Pursuant to Rule 12(c) (Rec. Doc. 64), wherein Defendant Sheriff Marlin N. Gusman is seeking to dismiss all of Plaintiffs' claims against him, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. This motion is opposed by Plaintiffs. The standard for dismissal under Rule 12(c) is the same as that for dismissal under Rule 12(b)(6). *Johnson v. Johnson*, 385 F.3d 503, 529 (5th Cir.2004). However, because Defendant has been allowed to attach extrinsic evidence (or matters/facts outside of the pleadings) to his motion (See Rec. Doc. 69) and because this Court will exercise its discretion to accept and consider this evidence, Defendant's motion for judgment on the pleadings will be converted into a motion for summary judgment, pursuant to rules 12 and 56 of the Federal Rules of Civil Procedure. Accordingly,

**IT IS ORDERED** that the **Motion for Judgment on the Pleadings Pursuant to Rule 12(c)**

1

**(Rec. Doc. 64)** will be construed by the Court as a Motion for Summary Judgment. Out of an abundance of caution, this Court will allow each party ten (10) days from the date of this order to file additional extrinsic evidence, if such evidence exists, either in support of or in opposition to this motion for summary judgment.

New Orleans, Louisiana, this 3rd day of April, 2009.

                                        **KURT D. ENGELHARDT**
                                        **UNITED STATES DISTRICT JUDGE**